**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TROY JENNINGS, ) <br><br> Plaintiff, ) <br><br> v. ) <br><br> FEDERAL BUREAU OF PRISONS, et al., ) <br><br> Defendants. ) | Civil Action No. 11-411 (BAH) |

## MEMORANDUM OPINION

The Defendants have moved to dismiss this case under Rule 12(b), (2), and (6) of the Federal Rules of Civil Procedure or for summary judgment under Rule 56. *See* Defs.' Mot. to Dismiss, or in the Alternative, for Summ. J., ECF No. 24. The Court ordered the Plaintiff to file his opposition or other response to that motion on or before July 8, 2011, warning that failure to respond to the motion carried with it the risk that the motion could be granted as conceded and this case dismissed. Order, ECF No. 25; *see* D.D.C. LCvR 7(b). To date, the Plaintiff has not filed any response. The Court will therefore grant the Defendants' motion to dismiss as conceded and dismiss this case, but will deny the Defendants' motion for summary judgment as moot, and will also terminate all other pending motions. A separate Order consistent with this Memorandum Opinion shall issue this date.

/s/ *Beryl A. Howell*

BERYL A. HOWELL
United States District Judge

DATE: July 29, 2011